IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **BRENDA L. RAMOS-VELAZQUEZ,** : | |
| : | |
| **Plaintiff,** : | CIVIL ACTION |
| v. : | |
| : | NO. 16-1864 |
| **NANCY A. BERRYHILL,**[1] : | |
| **Acting Commissioner of Social Security,** : | |
| : | |
| **Defendant.** : | |

## ORDER

**AND NOW**, this ___7th___ day of July, 2017, upon careful consideration of Plaintiff's Brief and Statement of Issues in Support of Request for Review (Doc. 7), Defendant's Response to Request for Review of Plaintiff (Doc. 8), Plaintiff's Reply Brief (Doc. 9), and the Report and Recommendation of United States Magistrate Judge Lynne A. Sitarski (Doc. 11), **IT IS HEREBY ORDERED AND DECREED** as follows:

1. The Report and Recommendation is **APPROVED** and **ADOPTED**;

2. Plaintiff's Request for Review is **GRANTED**; and

3. This matter is, therefore, **REMANDED** to the Commissioner for further proceedings consistent with the Report and Recommendation.

**IT IS FURTHER ORDERED** that the Clerk of Court shall mark the above-captioned matter as **CLOSED** for statistical purposes.

---

[1] This case was initially brought against Carolyn W. Colvin who was, at that time, the acting Commissioner of the Social Security Administration. Since then, Nancy A. Berryhill has replaced Colvin as the acting Commissioner. Accordingly, this caption has been updated to reflect the change in leadership.

1

**BY THE COURT:**

**/s/ Petrese B. Tucker**
_____
**Hon. Petrese B. Tucker, C.J.**